UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * Criminal No.07-cr-10365-IT |
| JASON WATSON, | * |
| Defendant. | * |

ORDER

December 19, 2014

TALWANI, D.J.

On December 18, 2014, this court held a final revocation hearing. At the hearing, Defendant Jason Watson admitted the alleged violation and requested an opportunity to participate in a residential drug and alcohol treatment program. In order to provide Defendant an opportunity for such treatment prior to a determination on the revocation petition, the court continued the final revocation hearing and probation agreed to find a residential placement for Defendant. Accordingly, the court hereby orders the following:

1. The final revocation hearing is continued until January 23, 2015, at 11:00 a.m.

2. Defendant was remanded to the custody of the U.S. Marshal on December 18, 2014, and will be brought back to court the following morning.

3. Probation has advised the court and counsel that Defendant has received a placement at the Gosnold Treatment Center, 200 Ter Heun Drive, Falmouth, MA 02540

4. Upon receipt of this Order, the U.S. Marshal shall release Defendant under the following conditions:

    I. Upon release from the custody of the U.S. Marshal, Defendant shall be

escorted by his mother, Margaret Watson, to the U.S. Probation Office, 595 Main Street, #302, Worcester, MA 01608 for processing. Defendant shall then be escorted directly from U.S. Probation to Gosnold Treatment Center.

II. Defendant shall reside at the designated residential alcohol and drug treatment facility pending further order of the court.

III. Defendant shall not leave the premises of the designated residential alcohol and drug treatment facility until January 23, 2015.

IV. Defendant shall be escorted by a member of his family to the courthouse on January 23, 2015.

V. Defendant shall refrain from the use of alcohol.

VI. Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S. C. § 802, unless prescribed by a licensed medical practitioner.

VII. Defendant shall comply with all previously imposed conditions of supervised release as directed by probation, except the special conditions imposed in this court's March 28, 2012 <u>Revocation Judgment</u> [#100] that (1) Defendant reside with his sister, and (2) Defendant abide by a curfew. All other previously imposed conditions of supervised release shall remain in effect.

IT IS SO ORDERED.

                                                    /s/ Indira Talwani

Date: December 19, 2014                                         United States District Judge